IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

ERWIN HAMPTON,
ADC #127978                                                                                              PLAINTIFF

v.                                              2:09CV00002HLJ

ARKANSAS DEPARTMENT
OF CORRECTION, et al.                                                                              DEFENDANTS

ORDER

By Order dated January 12, 2009 (DE #3), this Court granted plaintiff's application to proceed in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983. However, finding plaintiff's complaint too vague and conclusory to enable the Court to determine whether it is frivolous, fails to state a claim, or states a legitimate claim, the Court directed plaintiff to submit an amended complaint within thirty days. Plaintiff has now submitted an amended complaint, in which he adds as defendants Correctional Medical Services, Inc., and Dr. Joe Hughes (DE #5). Having reviewed the original and amended complaints, and construing them together, it now appears to the Court that service is appropriate for two of the named defendants. Accordingly,

IT IS, THEREFORE, ORDERED that service is appropriate for the defendants Correctional Medical Services, Inc. and Dr. Joe Hughes. The Clerk of the Court shall prepare summons for the defendants and the United States Marshal is hereby directed to serve a copy of the original (DE #2) and amended complaints (DE #5) and summons on defendants Correctional Medical Services, Inc. and Dr. Joe Hughes in care of Humphries and Lewis Law Firm, P.O. Box 20670, White Hall, AR 71612, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 5th day of February, 2009.

_____
United States Magistrate Judge

1