**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

ERWIN HAMPTON,                                                                    PLAINTIFF
ADC #127978

v.                                          NO. 2:09CV00002 JLH/HLJ

CORRECTIONAL MEDICAL SERVICES, *et al*.                            DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States

Magistrate Henry L. Jones, Jr.  There have been no objections.  After a review of those proposed

findings and recommendations, the Court adopts them in their entirety.  Accordingly,

IT IS, THEREFORE, ORDERED that defendant Arkansas Department of Correction is

hereby DISMISSED from this complaint.

IT IS SO ORDERED this 20th day of February, 2009.

_____
UNITED STATES DISTRICT JUDGE