IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

ERWIN HAMPTON                                                                                   PLAINTIFF

v.                                          2:09CV00002HLJ

ARKANSAS DEPARTMENT
OF CORRECTION, et al.                                                                       DEFENDANTS

ORDER

Plaintiff originally filed this action pursuant to 42 U.S.C. § 1983, and was granted in forma pauperis status, while incarcerated in the Arkansas Department of Correction. However, he has notified the Court of a change in his address which reflects his release from incarceration (DE #13). Therefore, in order to continue the prosecution of this action, plaintiff must file an updated request to proceed in forma pauperis. Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff shall file an updated request to proceed in forma pauperis within fifteen days of the date of this Order. Failure to file such shall result in the dismissal without prejudice of plaintiff's complaint. See Local Rule 5.5(c)(2). The Clerk is hereby directed to forward an in forma pauperis application to plaintiff.

IT IS SO ORDERED this 8th day of July, 2009.

_____
United States Magistrate Judge